**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| MARKEEN SESSIONS,<br><br>            Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>            Defendants. | CASE NO. 5:24-cv-00751 KK (SPx)<br>*[Assigned to the Hon. Kenly Kiya Kato, Courtroom 3]*<br><br>**ORDER ENTERING STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed: March 12, 2024<br>Trial Date:       TBD |

    Pursuant to the parties' joint stipulation, the Stipulation and Protective Order which was submitted by the Parties on August 19, 2024 (docket no. 17) is hereby entered into the record.

    **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: August 23, 2024



Honorable Sheri Pym